# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FEB 2 2 2019

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:19-mj-98 |
| Timmie Thomas Chatelain, Jr. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 21, 2019** in the county of **Arlington** in the **Eastern** District of **Virginia**, the defendant(s) violated:

*Code Section* — *Offense Description*
18 U.S.C. Sec. 2252(a)(1) — Transportation of Child Pornography

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*
Charles Payne, Diplomatic Security Service
*Printed name and title*

Reviewed by AUSA/SAUSA:
SAUSA Gwendelynn Bills

Sworn to before me and signed in my presence.

Date: 2/22/19

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*