# Criminal Case Cover Sheet   U.S. District Court

FILED: REDACTED

| Place of Offense: | | | Judge Assigned: | Nachmanoff |
|---|---|---|---|---|
| City: | Arlington, Virginia | Superseding Indictment: | Criminal No. | |
| County: | Arlington | Same Defendant: | New Defendant: | |
| | | Magistrate Judge Case No. 1:19-MJ-98 | Arraignment Date: | |
| | | Search Warrant Case No. | R. 20/R. 40 From: | |

☐ Under Seal

**Defendant Information:**

| Defendant Name: | Timmie Thomas Chatelain, Jr. | Alias(es): | ☐ Juvenile | FBI No. |
|---|---|---|---|---|
| Address: | Waipahu, HI 96797 | | | |
| Employment: | | | | |

| Birth Date: | XX/XX/1950 | SSN: | XXX-XX-7411 | Sex: | Male | Race: | | Nationality: | |
|---|---|---|---|---|---|---|---|---|---|
| Place of Birth: | | Height: 185 | Weight: 5'6" | Hair: Brown | Eyes: Hazel | Scars/Tattoos: | | | |

☐ Interpreter   Language/Dialect:   Auto Description:

**Location/Status:**

Arrest Date: Feb 21, 2019     ☐ Already in Federal Custody as of:     in:

☐ Already in State Custody       ☐ On Pretrial Release       ☐ Not in Custody
☐ Arrest Warrant Requested       ☐ Fugitive                   ☐ Summons Requested
☐ Arrest Warrant Pending         ☐ Detention Sought           ☐ Bond

**Defense Counsel Information:**

| Name: | | ☐ Court Appointed | Counsel Conflicts: | |
|---|---|---|---|---|
| Address: | | ☐ Retained | | |
| Phone: | | ☐ Public Defender | ☐ Federal Public Conflicted Out | |

**U.S. Attorney Information:**

AUSA(s): SAUSA Gwendelynn Bills     Phone: 703-299-3759     Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Charles Payne, Diplomatic Security Service, Department of State

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 2252(a)(1) | Transportation of Child Pornography | 1 | Felony |
| Set 2: | | | | |

Date: 2/22/2019     AUSA Signature: *Gwendelynn Bills*     *may be continued on reverse*